1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

9  STATE OF WASHINGTON,

10                    Plaintiff,

11          v.

12  PUBLIC BUILDINGS REFORM
    BOARD, an agency of the United States,
13
                    Defendant.
14

NO. 2:21-cv-00566

NOTICE OF RELATED CASES

15      Pursuant to LCR 3(g), please take note that the following related cases are currently

16  pending in this Court before the Honorable Robert S. Lasnik:

17      • *State of Washington v. Office of Management and Budget*,  2:20-cv-1231-RSL

18      • *State of Washington v. U.S. National Archives and Records Administration*, 2:20-cv-

19          1232-RSL

20      • *State of Washington v. U.S. General Services Administration*, 2:20-cv-1233-RSL

21      • *State of Washington v. Public Buildings Reform Board*, 2:20-cv-1364-RSL

22      The cases above are Freedom of Information Act (FOIA) actions brought by the State of

23  Washington against the Office of Management and Budget, National Archives and Records

24  Administration, General Services Administration, and the Public Buildings Reform Board

25  related to the National Archives and Records Administration facility in Seattle.

26

DATED this 27th day of April, 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
NATHAN K. BAYS, WSBA #43025
Assistant Attorneys General
Lauryn.Fraas@atg.wa.gov
Nathan.Bays@atg.wa.gov

*Attorneys for Plaintiff State of Washington*